IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KORINNE MAE LEGGETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-3259 |
| | § | |
| SANDERSON FARMS, INC. | § | |
| (PROCESSING DIVISION); | § | |
| SANDERSON FARMS, INC. | § | |
| (PRODUCTION DIVISION); AND | § | |
| SANDERSON FARMS, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE AND CLERK OF THE COURT:

COMES NOW Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), and Sanderson Farms, Inc. ("Defendants") and files its Notice of Removal. As grounds for removal, Defendants respectfully show the Court as follows:

1. On or about August 23, 2022 an action was commenced in the 361st Judicial District Court, Brazos County, Texas, styled "Korinne Mae Leggett v. Sanderson Farms, Inc. (Processing Division); Sanderson Farms, Inc. (Production Division); and Sanderson Farms, Inc." as Cause No. 22-001980-CV-361; (hereinafter referred to as the "State Court Action").

2. Defendants were served with process through their respective registered agents by a Process Server on August 29, 2022. Therefore, in accordance with 28 U.S.C. §1446(b)(1), this Notice of Removal is timely filed within 30 days after Defendants' receipt of Plaintiff's pleading setting forth the grounds upon which removal is based.

DEFENDANTS' NOTICE OF REMOVAL – Page 1

3. In Plaintiff's Original Petition, Plaintiff asserted negligence claims against Defendant and is seeking monetary relief "over $1,000,000.00." See Ex. 2-A, Plaintiff's Original Petition, p. 2, ¶ 1.4.

4. Upon information and belief, Plaintiff is a resident of Brazos County, Texas and therefore is a citizen of the State of Texas for purposes of diversity jurisdiction.

5. Defendant Sanderson Farms, Inc. (Processing Division) was at the time the State Court Action was filed and has remained at all other relevant times, including the date of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Mississippi and its principal place of business is located in Laurel, Mississippi. Accordingly, Defendant Sanderson Farms, Inc. (Processing Division) is not a citizen of the State of Texas for purposes of diversity jurisdiction.

6. Defendant Sanderson Farms, Inc. (Production Division) was at the time the State Court Action was filed and has remained at all other relevant times, including the date of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Mississippi and its principal place of business is located in Laurel, Mississippi. Accordingly, Defendant Sanderson Farms, Inc. (Production Division) is not a citizen of the State of Texas for purposes of diversity jurisdiction.

7. Defendant Sanderson Farms, Inc. was at the time the State Court Action was filed and has remained at all other relevant times, including the date of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Mississippi and its principal place of business is located in Laurel, Mississippi. Accordingly, Defendant Sanderson Farms, Inc. is not a citizen of the State of Texas for purposes of diversity jurisdiction.

8. Since this lawsuit is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has

original jurisdiction pursuant to 28 U.S.C. §1332(a)(1).  Therefore, the State Court Action may be removed in accordance with 28 U.S.C. §1441(b).

9. Under 28 U.S.C. § 1441(a), venue of a removed action is proper in the district and division embracing the place where the state court case is pending. Since the State Court Action is currently pending in the 361st Judicial District Court, Brazos County, Texas, removal to the United States District Court for the Southern District of Texas, Houston Division, is proper.

10. In accordance with Local Rule 81 of the United States District Court for the Southern District of Texas and 28 U.S.C. §1446(a), the following are appended as exhibits:

Exhibit 1 -   All executed process in the case;

Exhibit 2 -   Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions, and all answers to such pleadings;

Exhibit 3 -   Brazos County Case Summary;

Exhibit 4 -   An index of matters being filed; and

Exhibit 5 -   A list of all counsel of record, including address, telephone numbers and parties represented.

11. As required by 28 U.S.C. §1446(d), Defendant will give written notice to Plaintiff of this Notice of Removal. A Notice of Removal to Federal Court, including a copy of this Notice of Removal and the exhibits appended hereto, will be filed with the Brazos County District Clerk for the 361st Judicial District.

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court assume full jurisdiction of this cause as if it had been originally filed in this Court, that further proceedings in the State Court Action be stayed, and for such other and further relief, at law or in equity, general or special, to which Defendants may be justly entitled.

Respectfully submitted,

By: /s/ William O Ashcraft
    William O Ashcraft, Esq.
    Attorney-in-charge
    State Bar No. 01372800
    Southern District of Texas Bar No. 11654

    ASHCRAFT LAW FIRM
    3850 Republic Center
    325 North St. Paul Street
    Dallas, Texas 75201
    Telephone: (214) 987-0660
    Facsimile: (214) 987-3847
    Email: woa@ashcraftlawfirm.com

    ATTORNEYS FOR DEFENDANTS
    SANDERSON FARMS, INC.
    (PROCESSING DIVISION);
    SANDERSON FARMS, INC.
    (PRODUCTION DIVISION); AND
    SANDERSON FARMS, INC.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Notice of Removal was served via the electronic case filing system upon counsel of record for Plaintiff on the 23rd day of September 2022, as follows:

Veronica Valenzuela, Esq.
DANIEL STARK, PC
Post Office Box 1153
100 West William Joel Bryan Parkway
Bryan, Texas 77803
Email: vvalenzuela@danielstarklaw.com

/s/ William O Ashcraft
William O Ashcraft